Case No. 0:24-cv-60099-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

SHOWCASE USED CARS INC., a Florida
Profit Corporation and 1801-1835 MEARS
PARKWAY LLC, a Florida Limited
Liability Company,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, SHOWCASE USED CARS INC. and 1801-1835 MEARS PARKWAY LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

By: *Justin C. Carlin*
Justin C. Carlin, Esq.
Florida Bar No. 068429
THE CARLIN LAW FIRM, PLLC
100 S.E. 3rd Avenue
Suite 1103
Fort Lauderdale, FL 33394
Telephone: (954) 440-0901
Email: eservice@carlinfirm.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-60099-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

SHOWCASE USED CARS INC., a Florida
Profit Corporation and 1801-1835 MEARS
PARKWAY LLC, a Florida Limited
Liability Company

      Defendants.
_____/

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff