UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60099-CIV-SINGHAL/STRAUSS

HOWARD MICHAEL CAPLAN,

     Plaintiff,

v.

SHOWCASE USED CARS INC. and 1801-1835
MEARS PARKWAY LLC,

     Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties. (DE [30]).  The Court having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorney's fees except as provided by the parties' settlement agreement.  The Court retains jurisdiction over this action to enforce the terms of the parties' settlement agreement.  The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of June 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF